AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Stephen J. Guidetti

**SUMMONS IN A CIVIL ACTION**

V.

United States

CASE NUMBER  1:06CV00476

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 03/19/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Guidetti
335 Tall Pines Road
Fountain Inn, South Carolina 29644

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAR 10 2006
CLERK                                                      DATE

(By) DEPUTY CLERK

RECEIVED
APR 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | March 22, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Stephen J. Guidetti | N/A |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Express Mail item number ER00 7014 110 US Signed for by WM Parris on March 22, 2006

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
APR 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Date: 03/26/2006

Stephen Guidetti:

The following is in response to your 03/26/2006 request for delivery information on your Express Mail item number ER00 7014 110U S. The delivery record shows that this item was delivered on 03/22/2006 at 12:02 PM in WASHINGTON, DC 20530 to M PARRIS. The scanned image of the recipient information is provided below.

Signature of Recipient: *Delivery Section* [signature: M.W. Parris]

Address of Recipient: [handwritten: Justice 20530]

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

RECEIVED
APR 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: ER00 7014 110U S
Status: Delivered

Your item was delivered at 12:02 pm on March 22, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU. The item was signed for by M PARRIS.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

