IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. GUIDETTI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:06-cv-00476 (JR) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Stephen J. Guidetti
Plaintiff *pro se*
335 Tall Pines Road
Fountain Inn, SC 29644

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on May 8, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

>Stephen J. Guidetti
>Plaintiff *pro se*
>335 Tall Pines Road
>Fountain Inn, SC 29644


>/s/ Pat S. Genis
>PAT S. GENIS, #446244