**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STEPHEN J. GUIDETTI,  :
                      :
    Plaintiff,        :
                      :
  v.                  : Civil Action No. 06-0476 (JR)
                      :
UNITED STATES,        :
                      :
    Defendant.        :

## ORDER

For the reasons set forth in the accompanying Memorandum, plaintiff's motion to bifurcate [7] is **denied**, and defendant's motion to dismiss [4] is **granted**.

It is **SO ORDERED**.


                                      JAMES ROBERTSON
                          United States District Judge